1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS RENUK,                              Case No. 1:10-cv-01862 AWI JLT

12            Plaintiff,                         ORDER GRANTING EXTENSION OF
                                                 TIME WITHIN WHICH DEFENDANT
13       vs.                                     MAY FILE A RESPONSIVE PLEADING

14   LAW OFFICES OF JOHN C.                      (Doc. 8)
     BONEWICZ, P.C. and DOES 1-10,
15   inclusive,

16            Defendants.

17   _____/

18          Before the Court is the stipulation of the parties to allow Defendant additional time within

19   which to file a responsive pleading.  (Doc. 8)  Defendant seeks an extension of time until December

20   24, 2010. Id. In support of the stipulation, the parties attest that they have come to agreement on

21   settlement terms and need additional time to complete the settlement. Id.

22          **GOOD CAUSE APPEARING**, the Court **GRANTS** the stipulated request.  The time for

23   Defendant to file a responsive pleading will be extended to December 24, 2010.

24

25   IT IS SO ORDERED.

26   Dated:   **November 24, 2010**                    _____/s/ **Jennifer L. Thurston**_____
                                                       UNITED STATES MAGISTRATE JUDGE
27

28