IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RENUK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAW OFFICES OF JOHN C.<br>BONEWICZ, P.C. and DOES 1-10,<br>inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01862 AWI JLT<br><br>ORDER TO SHOW CAUSE WHY DISMISSAL SHOULD NOT BE ENTERED AND/OR OTHER SANCTIONS NOT BE IMPOSED<br><br>ORDER VACATING ALL PENDING DATES |

On November 22, 2010, the parties reported to the Court that the matter had settled. (Doc. 9) The parties stipulated that a full dismissal would be filed within 20 days, or by December 13, 2010. Id. However, a dismissal has not yet been filed.

No later than December 24, 2010, the parties are **ORDERED** to show cause why the matter should not be dismissed and/or other sanctions imposed. Alternatively, if the dismissal is filed before December 24, 2010, the Court will discharge the order to show cause.

Based upon the settlement, the Court **VACATES** all pending dates and matters.

IT IS SO ORDERED.

Dated:  **December 20, 2010**　　　　　　　　　　　　/s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE